

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

June 22, 2023

**Via CM/ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2023
```

RE:   *Lawal v. PufferBellies Toys and Books For Children, LTD.*
      Case No.: 1:23-cv-02392-MKV

Dear Judge Vyskocil:

We represent the Plaintiff in the above-referenced action, and write to request an extension of 14 days to submit our opposition to Defendant's motion to dismiss.  The new due date would be July 6, 2023.

This is the first request for more time to respond to this motion to dismiss.  We anticipated receiving additional information to address the standing argumets raised in Defendant's motion.  Unfortunately, there has been an unanticipated delay in receiving this information.  We regret not making this request in accordance with Your Honor's Individual Rules and we apologize for any resulting inconvenience to the Court

Counsel for Defendant has declined consent to this request.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By:  Mark Rozenberg, Esq.

The deadline for Plaintiff to submit her opposition to Defendant's motion to dismiss is hereby extended to June 27, 2023.  This will be Plaintiff's final opportunity to submit a brief opposing the motion and no further extensions of time will be granted without a demonstration of good cause.  If no opposition is filed by that date, Defendant's motion to dismiss will be treated as unopposed.  SO ORDERED.

Date: 6/22/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge